UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LABIB MOHAMMED KAMIL,

              Petitioner,

   v.

LORETTA LYNCH, et al.,

              Respondents.

NO. C16-198-TSZ-JPD

ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

The Court, having reviewed the Report and Recommendation, docket no. 3, of the Honorable James P. Donohue, United States Magistrate Judge, to which no timely objections were made, finds and ORDERS as follows:

1. The Court ADOPTS the Report and Recommendation.

2. Petitioner's application to proceed *in forma pauperis*, docket no. 1, is DENIED.

3. To proceed with this action, petitioner must pay the $5.00 filing fee within 30 days of the date of this Order. If petitioner fails to timely pay the filing fee, this action will be dismissed without prejudice pursuant to 28 U.S.C. § 1914.

4. This matter is RE-REFERRED to Judge Donohue for further proceedings.

5. The Clerk shall send a copy of this Order to petitioner and to Judge Donohue.

DATED this 21st day of March, 2016.

                                                Thomas S. Zilly
                                                United States District Judge